980 So.2d 706 (2008)
STATE ex rel. Jonathan FOX
v.
STATE of Louisiana.
No. 2007-KH-1746.
Supreme Court of Louisiana.
May 16, 2008.
In re Fox, Jonathan;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Ascension, 23rd Judicial District Court Div. C, Nos. 11363, 11364; to the Court of Appeal, First Circuit, No. 2007 KW 0114.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189.
WEIMER, J., recused.